# EXHIBIT 6

Fully Redacted